Frederick H. Lundblade, SB# 220662
Black, Chapman, Webber & Stevens
Attorneys at Law
221 Stewart Avenue, Suite 209
Medford, Oregon   97501
(541) 772-9850
Facsimile (541) 779-7430
litigation@blackchapman.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SHANNON D. MEYERS,  )
                    )    Case No.  2:11-cv-01302-LKK-KJN
         Plaintiff, )
                    )    **STIPULATION AND ORDER TO**
v.                  )    **ELECT REFERRAL OF ACTION**
                    )    **TO VOLUNTARY DISPUTE**
ACCOR NORTH AMERICA, INC.,  )  **RESOLUTION PROGRAM**
a Foreign Business Corporation, doing  )  **(VDRP) PURSUANT TO LOCAL**
business as Motel 6 Vallejo - Six Flags )  **RULE 271**
East #1050,         )
                    )
         Defendant. )
                    )

_____Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

DATED: July 8, 2011.        s/Frederick H. Lundblade
                            Frederick H. Lundblade, SB# 220662
                            Attorney for Plaintiff

                            s/John M. Fedor (as authorized on July 7, 2011)
                            John M. Fedor, SB# 149587
                            Attorney for Defendant

IT IS SO ORDERED

DATED: July 11, 2011.

                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT

-1-