IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHANNON D. MEYERS,

        Plaintiff,                  No. 2:11-cv-01302 KJN

    v.

ACCOR NORTH AMERICA, INC.,
a Foreign Business Corporation, doing
business as Motel 6 Vallejo - Six Flags
East #1050,

        Defendant.               <u>ORDER</u>

/

        On September 23, 2011, the court entered a Status (Pretrial Scheduling) Order in this case (Dkt. No. 20).[1] On account of the court's calendar, the trial in this case presently set to commence on September 10, 2012, is continued and shall commence on September 24, 2012.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    The Status (Pretrial Scheduling) Order is modified such that the trial in this case shall commence on September 24, 2012.

////

---

[1] This action proceeds before the undersigned as a result of the parties' voluntary consent to the jurisdiction of a United States Magistrate Judge (Dkt. Nos. 14-16). <u>See</u> 28 U.S.C. § 636(c)(1); Fed. R. Civ. P. 73; E. Dist. Local Rule 301.

1

1    2.	All other dates and deadlines stated in the Status (Pretrial Scheduling) Order shall remain the same.

IT IS SO ORDERED.

DATED: September 28, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE