IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHANNON D. MEYERS,

       Plaintiff,

    v.

ACCOR NORTH AMERICA, INC., a Foreign Business Corporation, doing business as Motel 6 Vallejo - Six Flags East #1050,

       Defendant.
       /

No. 2:11-cv-01302 KJN

ORDER

On December 22, 2011, a notice of completion of the court's Voluntary Dispute Resolution Program was filed, which reflects that this has settled.[1]  Accordingly, IT IS HEREBY ORDERED that the parties shall file dispositive papers within 30 days of the date of this order. All previously scheduled dates in this case are vacated.

       IT IS SO ORDERED.

DATED: December 29, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] This action proceeds before the undersigned as a result of the parties' voluntary consent to the jurisdiction of a United States Magistrate Judge (Dkt. Nos. 14-16). See 28 U.S.C. § 636(c)(1); Fed. R. Civ. P. 73; E. Dist. Local Rule 301.

1